IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 20-915 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Lisa Pupo Lenihan |
| TONYA WROBLE, in her individual | ) | |
| capacity and official capacity as a | ) | |
| Pennsylvania State Trooper; *et. al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM ORDER**

This case has been referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On May 10, 2021, the Magistrate Judge issued a Report (Doc. 48) recommending that Defendants' Motions to Dismiss (Doc. 22 and 38) be granted in their entirety, and also recommends sua sponte dismissing Plaintiff's malicious prosecution claim as to all Defendants. Service of the Report and Recommendation ("R&R") was made on the parties, and Plaintiff filed Objections, to which Defendants Garry Hoffman and Hoffman Kennels filed a Response in Opposition.  *See* Docs. 49 and 50.

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections and Response thereto, the following Order is entered:

Defendants' Motions to Dismiss (**Doc. 22** and **38**) are granted and Plaintiff's claims against all Defendants are dismissed with prejudice; and the R&R is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

August 13, 2021                                    s\Cathy Bissoon
                                                   Cathy Bissoon
                                                   United States District Judge

cc (via U.S. Mail)

Edward Harris
09790-068
USP Hazleton
U.S. Penitentiary
P.O. Box 2000
Bruceton Mills, WV 26525
PRO SE

cc (via ECF email notification):

All Counsel of Record